JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
RYOSUKE TOGI (SBN 343851)
ryosuke@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190

Attorneys for Applicant,
Yamada Denki Co., Ltd.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of | Case No: |
| YAMADA DENKI CO., LTD., | **DECLARATION OF AIKO REYNOLDS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |
| Applicant. | |

I, Aiko Reynolds, declare as follows:

1. My name is Aiko Reynolds. I am over 18 years of age. I am an assistant at Marshall Suzuki Law Group.

2. I translated Exhibit A attached hereto from Japanese to English, which is attached to the declaration of Satoru Koga concurrently submitted herewith.

3. Exhibit B attached hereto is a true and correct English translation of Exhibit A described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: ___July 25_____, 2023     By:_____

Aiko Reynolds

**In re Ex Parte Application of Yamada Denki Co., Ltd.**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

裁判長認印 

## 第 2 回 口 頭 弁 論 調 書 (判決)

事 件 の 表 示　　　　令和4年 (ワ) 第29397号
期　　　　　　日　　　　令和5年2月1日午後1時10分
場所及び公開の有無　　　東京地方裁判所民事第50部法廷で公開
裁 判 長 裁 判 官　　　　野　口　宣　大
裁　　判　　官　　　　　森　　　智　也
裁　　判　　官　　　　　大　野　志　明
裁 判 所 書 記 官　　　　田　中　史　子
出頭した当事者等　　　　（なし）
指　定　期　日

　　　　　　　　　　弁　論　の　要　領　等

裁判長

　　別紙の主文及び理由の要旨を告げて判決言渡し

　　　　　　　　　　　　裁判所書記官　　田　　中　　史　　子 

1

（別紙）

口頭弁論終結の日　令和5年1月25日

第1　当事者の表示

　　　　　群馬県高崎市栄町1番1号

　　　　　　　　　原　　　　　告　　　　株式会社ヤマダデンキ

　　　　　　　　　同代表者代表取締役　　　上　野　善　紀

　　　　　　　　　同訴訟代理人弁護士　　　小　室　太　一

　　　　　　　　　同　　　　　　　　　　　山　口　　　明

　　　　　　　　　同　　　　　　　　　　　鶴　田　雄　大

　　　　　　　　　同　　　　　　　　　　　野　口　千　聡

　　　　　　　　　同　　　　　　　　　　　小　林　由　季

　　　　　　　　　同　　　　　　　　　　　古　賀　　　聡

　　　　　千葉県千葉市美浜区中瀬一丁目3番地幕張テクノガーデンCB棟3階

　　　　　　　　　被　　　　　告　　　　グローバル・リンク株式会社

　　　　　　　　　同代表者代表取締役　　　冨　樫　浩　司

第2　主文

　1　被告は、原告に対し、6億0194万1618円及びこれに対する2022年
　　　4月1日から支払済みまで年14．6％の割合による金員を支払え。

　2　訴訟費用は被告の負担とする。

　3　この判決は、仮に執行することができる。

第3　請求

　1　請求の趣旨

　　　主文同旨

　2　請求の原因

　　　別紙請求の原因記載のとおり

第4　理由の要旨

2

　　　被告は、本件口頭弁論期日に出頭せず、答弁書その他の準備書面を提出しない。

したがって、被告において請求原因事実を争うことを明らかにしないものとして、

これを自白したものとみなす。

以　上

（別紙　　）

## 請求の原因

第1　当事者

　1　原告について

　　　原告は、建築工事、リフォーム工事、土木工事、外構工事、水道施設工事、屋根工事、電気工事（、管工事）、塗装工事、防水工事、内装仕上工事の設計、施工、並びに監理等を業とする株式会社である。

　2　被告について

　　　被告は、太陽光発電及び蓄電システムの製造販売、ソーラーシステムの設計・販売及び施工並びに再生可能エネルギー事業等を業とする株式会社である。

第2　本件合意書の締結

　　　原告は、被告との間で、令和3年6月20日から同年12月2日までの間において、各請負契約を締結した（甲1－1～26。各請負契約を総称して「本件請負契約」といい、本件請負契約に係る債権のうち、未払金8億3088万4682万円に係る債権を総称して「本件請負代金債権」という。）。

　　　その後、原告は、被告との間で、令和4年3月19日、概要を下記のとおりとする債務承認弁済合意書を締結した（甲2。以下「本件合意書」という。）。

記

債務承認：被告は、原告に対し、本件請負代金債権として、計8億3123万9128円の残金支払債務を負担していることを承認し、弁済することを約する（第1条）

弁済方法：被告は、原告に対し、債務承認に係る金員のうち、2億円を令和4年3月31日限り、原告の指定する銀行口座

4

　　　　に振り込む方法で支払う。同日までに２億円の支払があった場合には、被告及び原告は、残額について、同年４月末日までに支払方法を協議し、同日までに支払方法を合意できない場合には、被告は、原告に対して、残額を同日に一括して支払う。また、令和４年３月３１日までに２億円の全部又は一部の支払がなかった場合には、被告は、原告に対して、残額も含め、同日限り、前条の金員全額を一括して支払う（第２条）。

遅延損害金：年１４．６％（第４条）

合意管轄：東京地方裁判所（第６条）

　　なお、本件合意書には、本件請負代金債権として、８億３１２３万９１２８円の残金支払債務が存在する旨が記載されているが、原告が再度、計算したところ、残金支払債務は、８億３０８８万４６８２円であった。


第３　本件合意書に係る支払金の不払い

　　被告は、本件合意書において支払期日と定められた令和４年３月３１日、約定の支払金額２億円を支払わなかった。

　　そこで、原告は、被告に対して、本件合意書第２条に基づく支払金請求権を有する。そして、原告及び被告が令和４年９月８日、同月２２日及び同月２９日に被告の日立工場、千葉工場及び牛久営業所において行った現地調査によれば、本件請負契約に係る現状の出来高は少なくとも６億０１９４万１６１８円であり、原告は被告に対し、同額の支払請求権を有する（本訴状別紙【請負契約一覧】の「請求金額（出来高金額）」欄参照）。

　　したがって、原告は、被告に対し、本件合意書に係る支払金８億３０８８万４６８２円の一部請求として、６億０１９４万１６１８円を請求する。

5

第4　従前の交渉経過について

　　そもそも、本件請負契約は、すべて、着手金として契約後3日以内に半額以上、工事完了引渡後3日以内に残額を支払う約定であるところ、被告は、本件請負契約に基づく代金として、令和3年8月2日に5100万円を、同年12月21日に1500万円を支払ったのみで、少なくとも本訴状別紙記載の【請負契約一覧】②から④まで並びに⑥及び⑦の契約に関する着手金の支払いをせず、残額の支払をしていないものであった。また、被告は、原告に対し、様々な資金調達等の理由を述べて、支払いの引き延ばしを図っていた（甲3）。

　　そこで、原告は、被告との間で、本件合意書を締結したものであるが、被告は、締結から数か月後に、本件合意書の成立の真正を争うような言動をし、また原告が提起した被告会社の計算書類等閲覧謄写仮処分事件等に対して、法定の除外事由を主張することなく、権利濫用の主張を行うものである（甲4）。

　　以上のとおり、原告は、被告とこれ以上交渉を続けても、回収の見込みがないことから、やむなく本訴訟を提起したものである。


第5　結語

　　よって、原告は、被告に対して、本件合意書に基づく支払金に係る請求権の一部請求として6億0194万1618円及びこれに対する令和4年4月1日から支払済みまで年14.6％の割合による金員の支払を求める。

6

別紙

【請負契約一覧】

| 番号 | 契約日 | 工事場所 | 契約内容 | 契約金額 | 出来高割合 | 請求金額（出来高金額）（※） |
|---|---|---|---|---|---|---|
| ① | R3.6.20 | 牛久市栄町3-97 | 牛久営業所　液晶ディスプレイ、塗装、サイディング、縦格子工事 | 18,500,000 | 100% | 8,145,554（既払額を控除済） |
| ② | R3.6.20 | 日立市諏訪町1-8-15 | 日立　鉄骨塗装工事 | 17,163,520 | 100% | 17,163,520 |
| ③ | R3.6.20 | 日立市諏訪町1-8-15 | 日立　床防水工事 | 25,908,256 | 60% | 15,544,954 |
| ④ | R3.6.20 | 日立市諏訪町1-8-15 | 日立　屋根、外壁塗装工事 | 39,875,283 | 80% | 31,900,226 |
| ⑤ | R3.7.1 | 日立市諏訪町1-8-15 | 日立　倉庫内装工事 | 45,510,104 | 100% | 22,510,104（既払額を控除済） |
| ⑥ | R3.7.16 | 日立市諏訪町1-8-15 | 日立　内装、建具工事 | 28,238,100 | 100% | 28,238,100 |
| ⑦ | R3.7.30 | 日立市諏訪町1-8-15 | 日立　内装・水回り・電気工事 | 32,073,800 | 100% | 32,073,800 |
| ⑧ | R3.8.28 | 日立市諏訪町1-8-15 | 日立　鉄部油落とし工事 | 19,943,000 | 100% | 19,943,000 |
| ⑨ | R3.8.28 | 牛久市栄町3-97 | 牛久　看板取付工事 | 4,529,360 | 100% | 4,529,360 |
| ⑩ | R3.8.28 | 日立市諏訪町1-8-15 | 日立　消防機器取付工事 | 15,680,720 | 0% | 8,000,000※ |
| ⑪ | R3.8.28 | 日立市諏訪町 | 日立　モニター | 31,751,500 | 100% | 31,751,500 |

7

| | | 1-8-15 | 120 工事 | | | |
|---|---|---|---|---|---|---|
| ⑫ | R3.8.28 | 日立市諏訪町 1-8-15 | 日立　Wi-Fi 工事 | 8,706,500 | 100% | 8,706,500 |
| ⑬ | R3.8.28 | 日立市諏訪町 1-8-15 | 日立　照明機器 工事 | 24,959,000 | 60% | 14,975,400 |
| ⑭ | R3.8.28 | 日立市諏訪町 1-8-15 | 日立　防犯カメ ラ設置工事 | 7,503,320 | 0% | 4,000,000※ |
| ⑮ | R3.9.8 | 東茨城郡大洗 町磯浜町 8234-269 | 大洗　フェンス 交換工事 | 18,579,000 | 100% | 18,579,000 |
| ⑯ | R3.9.8 | 日立市諏訪町 1-8-15 | 日立　受水槽交 換工事 | 15,983,000 | 100% | 15,983,000 |
| ⑰ | R3.9.8 | 日立市諏訪町 1-8-15 | 日立　セキュリ ティードア交換 工事 | 2,938,595 | 0% | 1,500,000※ |
| ⑱ | R3.9.8 | 日立市諏訪町 1-8-15 | 日立　エアコン 工事 | 63,830,800 | 95% | 60,639,260 |
| ⑲ | R3.9.8 | 日立市諏訪町 1-8-15 | 日立　看板取付 工事 | 3,899,280 | 100% | 3,899,280 |
| ⑳ | R3.9.8 | 山武郡横芝光 町横芝 2048-6 | 山武　ガレージ 取付 | 11,053,680 | 0% | 6,000,000※ |
| ㉑ | R3.10.6 | 日立市諏訪町 1-8-15 | 日立　社長ルー ム工事 | 6,359,060 | 100% | 6,359,060 |
| ㉒ | R3.10.6 | 日立市諏訪町 1-8-15 | 日立　セキュリ ティーBOX 工事 | 3,554,650 | 0% | 2,000,000※ |
| ㉓ | R3.10.6 | 日立市諏訪町 1-8-15 | 日立　ベルトコ ンベア設置工事 | 298,000,000 | 60% | 178,800,000 |
| ㉔ | R3.11.20 | 日立市諏訪町 | 日立　門扉・雨 | 1,700,000 | 100% | 1,700,000 |

8

| | | 1-8-15 | 水枡工事 | | | |
|---|---|---|---|---|---|---|
| ㉕ | R3.11.20 | 日立市諏訪町 1-8-15 | 日立　警備室内 装工事 | 2,998,600 | 0% | 1,500,000※ |
| ㉖ | R3.12.2 | 日立市諏訪町 1-8-15 | 日立　幹線張り ・キュービクル 工事 | 115,000,000 | 50% | 57,500,000 |
| 合 計 | | | | 864,269,128 円 | | 601,941,618 円 |

※　出来高５０％未満の工事については着手金額を記載

9

これ は 正 本 で あ る 。


令 和 5 年 2 月 1 日


東 京 地 方 裁 判 所 民 事 第 5 0 部


　　　　裁判所書記官　田　中　史　子　

# Exhibit B

private seal of Presiding Judge

Record of the Second Oral Argument (Judgment)

| | |
|---|---|
| Indication of the Case | *Reiwa* 4[2022] No. (*Wa*)-29397 |
| Date | 1:10 p.m., February 1, 2023 |

Venue and whether it is disclosed to the public

Disclosed to the public at the courtroom of Civil Division No. 50, Tokyo District Court

| | |
|---|---|
| Presiding judge | Norihiro Noguchi |
| Judge | Tomoya Mori |
| Judge | Noriaki Ono |
| Court clerk | Fumiko Tanaka |

The parties, etc. who appeared in court

None

Designated date

Summary of the Oral Argument

Presiding Judge

Rendering judgment upon statement of Main Text and purport of grounds as per Exhibit

Fumiko Tanaka, Court Clerk

(Exhibit)

Date of conclusion of oral argument          January 25, 2023

I          Indications of the parties

| Plaintiff | Yamada Denki Co., Ltd. |
|---|---|
| Representative Director of the Plaintiff | Yoshinori Ueno |
| Legal representative for the Plaintiff | Taichi Komuro, Attorney-at-law |
| Same as above | Akira Yamaguchi, Attorney-at-law |
| Same as above | Yudai Tsuruta, Attorney-at-law |
| Same as above | Chisato Noguchi, Attorney-at-law |
| Same as above | Yuki Kobayashi, Attorney-at-law |
| Same as above | Satoshi Koga, Attorney-at-law |

1-1  Sakaecho, Takasaki-shi, Gunma Pref.

| Defendant | Global Link Inc. |
|---|---|
| Representative Director of the Defendant | Koji Togashi |

3F Makuhari Techno Garden CB Block, 1-3, Nakase, Mihama-ku, Chiba-shi, Chiba Pref.

II          Main Text of Judgment

1.   The Defendant should pay 601,941,618 JPY together with an amount thereon at the rate of 14.6% per year from April 1, 2022 until full payment of such sum to the Plaintiff.

2.   The cost of litigation is to be borne by the Defendant.

3.   This judgment can be provisionally executed.

III          Claim

1. Object of the claim

To the same effect as the Main Text of the Judgment

2. Grounds for the claim

As stated in the Grounds for the Claim as per the Exhibit

IV          Summary of the reasons

The Defendant did not appear in Court on the oral argument date of this Case and did not submit a written answer or other brief. Therefore, the Court considers the Defendant not to

have made it clear that the Defendant disaffirms the facts of the grounds for the claim, and deems the Defendant to have confessed the facts.

END

(Exhibit)

Grounds for the Claim

I Parties

1.   Plaintiff

The Plaintiff is a corporation engaged in the design, construction and supervision of construction work, renovation work, civil engineering work, exterior work, water supply facility work, roofing work, electrical work (plumbing work), painting work, waterproofing work, and interior finishing work.

2.   Defendant

The Defendant is a corporation engaged in manufacturing and sales of solar power generation and storage systems, design, sales, and construction of solar systems, and renewable energy business, etc.

II Conclusion of the Agreement

The Plaintiff executed individual contracting agreements with the Defendant during the period between June 20, 2021 and December 2, 2021 (Plaintiff's Exhibit 1-1 to 1-26; each of the individual contracting agreements shall be collectively referred to as the "Contract Agreements," and out of the receivables relating to the Contract Agreements, the receivables pertaining to unpaid money, 830,884,682 JPY, shall be collectively referred to as the "Contract Money Receivables").

Later, the Plaintiff concluded the Debts Approved Repayment Agreement with the following outline on March 19, 2022 with the Defendant (Plaintiff's Exhibit 2; hereinafter referred to as the "Agreement").

Debt approval: The Defendant agrees that the Defendant owes the remainder 831,239, 128 JPY payable to the Plaintiff as the Contract Money Receivables and pledges to repay the same (Article 1).

Repayment method: The Defendant shall pay the Plaintiff 200,000,000 JPY as of March 31, 2022 out of the money pertaining to the debt approval by transferring the same to the bank account designated by the Plaintiff. If the 200,000,000 JPY is actually paid before said date, the Plaintiff and the Defendant shall discuss the payment method by April 30 of the same year regarding the remaining, and if the parties fail to reach an agreement on the payment method before that date, the

Defendant shall pay the Plaintiff the remainder in lump sum on the day. In addition, if all or part of the 200,000,000 JPY fails to be paid by March 31,2022, the Defendant shall pay the Plaintiff the entire amount of money as referred to in the preceding article including the remainder as of the date (Article 2).

Delay damages: 14.6% per year (Article 4)

Agreed jurisdiction: Tokyo District Court (Article 6)

Note that although it is stated in the Agreement that 831,239,128 JPY in remainder payables exists as Contract Money Receivables, when the Plaintiff re-calculated, the remainder payables were 830,884,682 JPY.

III Nonpayment of moneys to be paid relating to the Agreement
The Defendant did not pay the agreed payment amount of 200,000,000 JPY as of March 31 2022, determined as the payment due date under the Agreement.

Therefore the Plaintiff has the right to request payment under Article 2 of the Agreement. Then, according to the on-site survey conducted at the Hitachi Plant, Chiba Plant and the Ushiku Sales Office of the Defendant on September 8, September 22 and September 29, 2022 by the Plaintiff and the Defendant, current turnover pertaining to the Contract Agreement is at least 601,941,618 JPY, and the Plaintiff has the right to request payment of the same amount from the Defendant (refer to "claimed amount (turnover amount)" space in the "List of Contract Agreement" as per the Exhibit to the Complaint).

Therefore, the Plaintiff claims from the Defendant 601,941,618 JPY, as part of the 830,884,682 JPY pertaining to the Agreement.

IV Progress of previous negotiations
Originally, the Contract Agreement was an agreement in which half or a greater amount was to be paid within three (3) days of entering the agreement as onset money, and then the remainder would be paid within three (3) days of completion of construction and delivery, however, the Defendant only paid 51,000,000 JPY on August 2, 2021 and 15,000,000 JPY on December 21, 2021, as fees under the Contract Agreement, and has paid no onset money relating to agreements (2) to (4) and (6) and (7) on the "List of Contract Agreements" stated in the Exhibit to the Complaint, nor has it paid the remainder. In addition, the Defendant has stated various reasons such as funds procurement, etc.,

to the Plaintiff in an attempt to postpone the payment (Plaintiff's Exhibit 3).

Then the Plaintiff concluded the Agreement with the Defendant, however, several months after the conclusion of the Agreement, the Defendant made a statement or conducted acts to disaffirm the genuineness of establishment of the Agreement, and made allegations of abuse of rights without claiming statutory reasons for exclusion, against the Case to Seek Provisional Disposition for Viewing and Copying Financial Documents of the Defendant Company, submitted by the Plaintiff (Plaintiff's Exhibit 4).

As stated in the above, the Plaintiff unavoidably raised this Lawsuit as there is no prediction of collection even if the Plaintiff continues negotiations with the Defendant further.

V Conclusion

Therefore the Plaintiff demands payment of 601,941,618 JPY, as partial claim of rights to demand payment pertaining to the payment money under the Agreement, together with an amount thereon at the rate of 14.6% per year from April 1, 2022 until full payment of such sum to the Plaintiff.

Exhibit

"List of Contract Agreements"

| No. | Contract date | Place of work | Contact details | Contact amount | Turnover ratio | Claimed amount (turnover amount) (*) |
|---|---|---|---|---|---|---|
| 1 | June 20, 2021 | 3-97, Sakaecho, Ushiku-shi | Ushiku Sales Office Liquid crystal display, painting, siding, vertical lattice work | 18,500,000 | 100% | 8,145,554 (paid amount is already deducted) |
| 2 | June 20, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi Steel frame painting work | 17,163,520 | 100% | 17,163,520 |
| 3 | June 20, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi floor waterproofing work | 25,908,256 | 60% | 15,544,954 |
| 4 | June 20, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi roof, exterior wall painting work | 39,875,283 | 80% | 31,900,226 |
| 5 | July 1, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi warehouse interior work | 45,510,104 | 100% | 22,510,104 (paid amount is already deducted) |
| 6 | July 16, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi interior and fitting work | 28,238,100 | 100% | 28,238,100 |
| 7 | July 30, 2019 | 1-8-15 Suwacho, Hitachi-shi | Hitachi interior work, plumbing, electrical work | 32,073,800 | 100% | 32,073,800 |
| 8 | August 28, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi steel portions de-greasing work | 19,943,000 | 100% | 19,943,000 |
| 9 | August 28, 2021 | 3-97, Sakaecho, Ushiku-shi | Ushiku signboard installation work | 4,529,360 | 100% | 4,529,360 |
| 10 | August 28, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi fire extinguisher equipment installation work | 15,680,720 | 0% | 8,000,000 (*) |
| 11 | August 28, | 1-8-15 Suwacho, | Hitachi monitor | 31,751,500 | 100% | 31,751,500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2021 | Hitachi-shi | work | | | |
| 12 | August 28, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi WIFI work | 8,706,500 | 100% | 8,706,500 |
| 13 | August 28, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi lighting equipment work | 24,959,000 | 60% | 14,975,400 |
| 14 | August 28, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi security camera installation work | 7,503,320 | 0% | 4,000,000* |
| 15 | September 8, 2021 | 8234-269 Isohamacho, Oaraimachi, Higashi-ibarakigun | Oarai Fence replacement work | 18,579,000 | 100% | 18,579,000 |
| 16 | September 8, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi water holding tank replacement work | 15,983,000 | 100% | 15,983,000 |
| 17 | September 8, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi Security door replacement work | 2,938,595 | 0% | 1,500,000* |
| 18 | September 8, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi air conditioner work | 63,830,800 | 95% | 60,639,260 |
| 19 | September 8, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi signboard installation work | 3,899,280 | 100% | 3,899,280 |
| 20 | September 8, 2021 | 2048-6 Yokoshiba, Yokoshiba-hikarimachi, Sanbu-gun | Sanbu Garage installation | 11,053,680 | 0% | 6,000,000* |
| 21 | October 6, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi President's office construction | 6,359,060 | 100% | 6,359,060 |
| 22 | October 6, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi Security Box construction | 3,554,650 | 0% | 2,000,000* |
| 23 | October 6, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi belt conveyor installation work | 298,000,000 | 60% | 178,800,000 |
| 24 | November | 1-8-15 Suwacho, | Hitachi gate | 1,700,000 | 100% | 1,700,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20, 2021 | Hitachi-shi | installation , rainwater tank work | | | |
| 25 | November 20, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi security guard room interior work | 2,998,600 | 0% | 1,500,000* |
| 26 | December 2, 2021 | 1-8-15 Suwacho, Hitachi-shi | Hitachi main cable installation, cubicle work | 115,000,000 | 50% | 57,500,000 |
| Total | | | | 864,269,128 yen | | 601,941,618 yen |

*For construction work for which turnover is less than 50%, amount of onset money is stated.

**This is an authenticated copy.**

February 1, 2023

Civil Division No. 50, Tokyo District Court

Court Clerk          Fumiko Tanaka

Tokyo 21-011301